# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAWS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　Respondent. | Case No. 1:13-cv-01546-BAM  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 9) |

On October 21, 2013, Petitioner moved to amend the petition to name the proper respondent, Gary Swarthout, Warden of California State Prison-Solano.  Thereafter, although the parties have captioned documents in this action to reflect Mr. Swarthout as Respondent, the Court did not enter order to amend the caption.  In the interim, however, Eric Arnold succeeded Mr. Swarthout as warden.  Pursuant to F.R.Civ.P. 25(d), Mr. Arnold is automatically to be substituted as Respondent.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Eric Arnold, Warden, as Respondent.

IT IS SO ORDERED.

　Dated:   **August 19, 2015**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1