UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAWS,<br><br>   Petitioner,<br><br>   v.<br><br>ERIC ARNOLD, Warden,<br><br>   Respondent. | No. 1:13-cv-01546-BAM  HC<br><br>**ORDER DIRECTING PETITIONER TO FILE AMENDED PETITION**<br><br>**(Doc. 40)** |

On August 24, 2015, the Court denied Petitioner's motion to amend his petition based on Petitioner's proposal to include a ground for relief that he had not exhausted. *See* Doc. 39.  The Court's order granted Petitioner the option of either (1) withdrawing his proposed ground two and proceeding  to incorporate into his existing petition only his proposed ground three or (2) moving for an order of stay and abeyance to permit Petitioner to exhaust ground two, which was then unexhausted.  The Court specified that "[i]f Petitioner move[d] to amend the petition to reinstate ground three, the language used in the federal petition shall match the language used for that claim in the petition presented to the California Supreme Court." Doc. 39 at 5.  On September 2, 2015, Petitioner moved to withdraw his ground two of his proposed amendment and to amend the petition to incorporate ground three.  The Court will grant Petitioner's motion.

Pursuant to Local Rule 220, unless the Court orders otherwise, every pleading as to which an amendment or supplement is permitted shall be retyped or rewritten and filed so that it is complete in itself without reference to any prior or superseded pleading.  Petitioner has amended

1

his petition several times previously. In some instances, the Court has permitted Petitioner to amend or supplement the petition without fully preparing a new document that reflects the deletions and additions that the Court has permitted.

To ensure that the petition is accurately addressed as a whole, without the omission of any amended or supplementary material and without the inadvertent inclusion of any previously omitted portions of the document, the Court directs Petitioner to prepare a single amended petition incorporating all additions and omitting all deletions to the original petition that the Court has previously approved. As provided in the order denying Petitioner's last motion to amend, the amended petition shall set forth ground three in the same words used when that ground was submitted to the California Supreme Court.

## **Conclusion and Order**

The Court hereby ORDERS:

1. Petitioner's motion to withdraw ground two as proposed in his motion to amend (Doc. 31) is granted.

2. Petitioner shall file with the Court a single, comprehensive petition incorporating all amendments to the original petition.

3. Petitioner shall include in the amended petition ground three as proposed in his motion to amend (Doc. 31). The wording of ground three shall match the wording used for that claim in the state petition submitted to the California Supreme Court.

4. Petitioner shall file the amended petition with the Clerk of Court no later than thirty days from the date of this order.

5. The Clerk of Court shall serve Petitioner with a copy of this order and a blank form for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

IT IS SO ORDERED.

Dated:   **September 9, 2015**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE